September 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

TRACIE JACKSON, Appellant

NO. 14-15-00507-CV                    V.

NAACP HOUSTON BRANCH, YOLANDA SMITH (IN HER OFFICIAL
CAPACITY), AND NATIONAL ASSOCIATION FOR THE ADVANCEMENT
OF COLORED PEOPLE D/B/A NAACP, Appellees

_____

This cause, an appeal from the final summary judgment in favor of appellees NAACP Houston Branch, Yolanda Smith (in her Official Capacity), and National Association for the Advancement of Colored People d/b/a NAACP, signed May 26, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Tracie Jackson to pay all costs incurred in this appeal.

We further order this decision certified below for observance.